JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AMADOR JACOBO,<br><br>    Plaintiff,<br><br>    v.<br><br>SEA BREEZE CORP. dba BOAT HOUSE; and DOES 1 through 10,<br><br>    Defendants. | Case No. CV 17-3644-GW(JEMx)<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>Complaint Filed: May 15, 2017<br>Trial Date: None Set |

[PROPOSED] ORDER

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: September 6, 2017  _____
GEORGE H. WU, U.S. District Judge